UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:20-cv-11017-RSWL(MAR)                                                            Date:  August 27, 2021

Title:   *Leonila Ontiveros v. Andrew Saul*

Present: The Honorable:   MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| Erica Bustos | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers) ORDER TO SHOW CAUSE RE:  DISMISSAL FOR LACK OF PROSECUTION**

On December 3, 2020, Leonila Ontiveros ("Plaintiff"), proceeding with counsel, filed a complaint pursuant to 42 U.S.C. § 405 seeking review of a decision by the Commissioner of Social Security to deny benefits.  ECF Docket No. ("Dkt.") 1.  On December 4, 2020, the Court issued an "Initial Case Management Order in Social Security Cases" ("CMO").  Dkt. 9.  The CMO stated: "Plaintiff must file a memorandum titled "Plaintiff's Memorandum in Support of the Complaint ('Plaintiff's Memorandum') within thirty-five days of service of Defendant's responsive pleading."  Id. at 4.

On May 25, 2021, Defendant filed an Answer and the Certified Administrative Record.  Dkts. 15–16.  Accordingly, pursuant to the CMO, Plaintiff's Memomrandum was due by June 29, 2021.  See Dkt. 9 at 4.  To date, Plaintiff has failed to file a Memorandum.

Accordingly, Plaintiff is ordered to show cause in writing **within fourteen (14) days** of this Order why this action should not be dismissed for failure to prosecute and failure to comply with a Court Order.  See Fed. R. Civ. P. 41(b).  The Court will consider any of the following two (2) options to be an appropriate response to this Order:

(1) Plaintiff shall file a Memorandum as described in the CMO, Dkt. 9; or
(2) Plaintiff shall provide the Court with an explanation as to why she has failed to file a Memorandum and request an extension.

**Failure to respond to the Court's Order may result in the dismissal of the action.**

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | eb |