JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONILA O.,[1] <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 2:20-cv-11017-RSWL (MAR) <br><br> JUDGMENT |

It is the judgment of this Court that the final decision of the Commissioner of the Social Security Administration is **REVERSED**, and the action is **REMANDED** for further proceedings consistent with the Report and Recommendation.

DATED: July 12, 2022

　　　　　　　　　　　　　　　　　　　　　　　　 */S/ RONALD S.W. LEW*
　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE RONALD S.W. LEW
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.