Sima G. Aghai, SBN 156354
LAW OFFICES OF SIMA G. AGHAI
12362 Beach Boulevard, Suite 21
Stanton, California 90680
(714) 901-1222
(714) 901-1220 (F)
simaaghai@msn.com
Attorney for Plaintiff LEONILA ONTIVEROS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONILA ONTIVEROS, | CASE NO. 2:20-CV-11017-RSWL-MAR |
| Plaintiff, | |
| v. | [PROPOSED] ORDER FOR AWARD OF EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. §2412(d) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant | |

Pursuant to the Stipulation of the parties, Plaintiff's Affidavit and Assignment of EAJA Fees, and all the files, records and proceedings in this matter, it is hereby

**ORDERED** that Plaintiff is awarded attorney fees in the total amount of **$6,000** as authorized by 28 U.S.C. §2412.

Dated: October 4, 2022

_____
HONORABLE MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE